177 So. 917

#### Cora BUNN v. STATE.
#### 6 Div. 151.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 896

#### Harry BURL v. CITY OF TUSCALOOSA.
#### 6 Div. 245.

Court of Appeals of Alabama.
April 21, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

181 So. 918

#### Boyd BURTON v. STATE.
#### 6 Div. 264.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 911

#### Bunk BUSH v. STATE.
#### 4 Div. 442.

Court of Appeals of Alabama.
Nov. 29, 1936.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 912

#### Robert BUTTERWORTH v. STATE.
#### 7 Div. 392.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

181 So. 918

#### Wiley BUTTERWORTH v. STATE.
#### 7 Div. 389.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.